**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>Somero Enterprises, Inc.</u>

    v.                        Civil No. 08-cv-030-JM

<u>James Griffin, d/b/a</u>
<u>Griffin Concrete Contractors</u>

**O R D E R**

Defendant defaulted. A damage hearing was held upon plaintiff's motion to assess damages. Defendant did not appear. Plaintiff's proffer established its entitlement to damages as follows:

| | |
|---|---:|
| 2007 Somero Copperhead XD with Accessories | $52,219.97 |
| 2007 Somero Power Rake with Tires | 46,580.00 |
| Sales Tax | <u>6,916.00</u> |
| TOTAL | $105,715.97 |
| Less Check | <u>-10,000.00</u> |
| Net | $ 95,715.97 |

Plaintiff is awarded judgment in the amount of $95,715.97, together with taxable interest and costs.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: September 11, 2008

cc:  Margaret M. Pinkham, Esq.
     Steven M. Veenema, Esq.
     James Griffin, pro se